E-FILED
Thursday, 13 September, 2007 01:36:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Civil Action No. MDL 875 |
| This Document Relates to: U.S. DISTRICT FOR THE CENTRAL DISTRICT OF ILLINOIS | |
| All Cascino Vaughan Law Office Cases on Attached Exhibit "A" | Civil Action No. See Exhibit "A" |

## MOTION TO WITHDRAW MOTION FOR VOLUNTARY DISMISSAL

In reviewing these cases to comply with Administrative Order No. 12, the attached named plaintiffs are not seeking voluntary dismissal of their cases.

1. Plaintiffs withdraw the previously filed motions seeking voluntary dismissal of their cases. No final order was entered dismissing these cases.

2. These plaintiffs have significant and serious asbestos-related conditions based on their medical records which will be provided pursuant to Administrative Order No. 12.

Wherefore, Plaintiffs pray that the court withdraw the previously filed motions seeking voluntary dismissal of their cases.

Dated: September 13, 2007

Respectfully submitted,

_____
Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312)-944-0600

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI)<br><br>This Document Relates to:<br>U.S. DISTRICT FOR THE CENTRAL<br>DISTRICT OF ILLINOIS<br><br>All Cascino Vaughan Law Office<br>Cases on Attached Exhibit "A" | Civil Action No. MDL 875<br><br><br><br>Civil Action No. See Exhibit "A" |

## ORDER

THIS MATTER being reviewed this date upon Plaintiffs' Motion to Withdraw Motion, and the Court having reviewed this case;

IT IS HEREBY ORDERED that the Motion for Voluntary Dismissal for the Plaintiffs listed on attached Exhibit "A" is withdrawn.

BY THE COURT:

Date: _____            _____
                                  Honorable James T. Giles

**EXHIBIT "A"**

| Case# | Last | First | MI | JrSr |
|---|---|---|---|---|
| 91-1258 | Montonye | Randall | D | |
| 91-1369 | Schierer | James | R | |
| 91-1410 | Plue | Alvin | E | |
| 91-2476 | Eaton | Charles | R | |
| 91-2489 | Grimes | William | E | Sr |
| 91-3331 | Snyder | Kenneth | C | Sr |
| 91-3332 | Minor | John | W | |
| 92-1213 | Hayes | Gerald | L | |
| 92-1492 | Kimbrell | Virgil | L | |
| 93-1386 | Block | John | H | |
| 93-1391 | Aberle | Glenn | E | |
| 93-1392 | Sanders | Harold | E | Sr |
| 93-1396 | Ford | Everett | | |
| 93-1397 | Byrne | John | T | Sr |
| 93-1407 | O'Connor | John | J | |
| 93-1408 | Grier | David | L | |
| 93-1416 | Davidson | Richard | B | |
| 93-1417 | Johnson | Leo | M | |
| 93-1419 | Bault | Charles | R | |
| 93-1421 | Tonarelli | Russell | | |
| 93-1423 | Hubbs | Carl | A | |
| 93-1434 | Fraboni | Louis | R | |
| 93-3160 | Walker | Raymond | G | |
| 93-4052 | Goveia | Edward | N | |
| 94-1083 | Goetsch | Randall | P | |
| 94-1085 | Janko | Albert | M | |
| 94-1300 | Grier | John | C | |
| 94-1301 | Dotzert | Albert | E | |
| 94-1313 | Essex | Gerald | E | |
| 94-1314 | Fast | Raymond | L | |
| 94-1316 | Kelly | Robert | H | |
| 94-1414 | Seaborn | Kenneth | E | |
| 94-1453 | Weger | Don | R | |
| 94-1466 | Smith | Dale | A | |
| 94-1474 | Stewart | William | D | Sr |
| 94-1477 | Beeney | Donald | G | Sr |
| 94-2175 | Fonner | Larry | W | Sr |
| 94-2179 | Vaughn | William | W | |
| 94-2196 | Phillips | Howard | M | Sr |
| 94-2197 | Nance | Dean | C | |
| 94-2236 | Darling | William | O | |
| 94-2239 | Beddow | Merle | J | |
| 94-2240 | Gulotta | Peter | C | |
| 94-2243 | Schum | Eugene | A | |
| 94-2247 | Cox | Donald | E | Sr |
| 94-2267 | Bell | Orville | L | |
| 94-2271 | Endsley | Robert | L | |
| 94-2272 | Estock | Robert | C | |
| 94-2281 | Lovett | Charles | J | Sr |
| 94-2288 | Peterson | Robert | E | |
| 94-2294 | Waterstradt | Henry | J | Sr |
| 94-2295 | Fritsch | George | B | |

CERTIFICATE OF SERVICE

    I, Arlene J. Kaminski, a non-attorney, hereby certify that on September 13, 2007, I sent for filing with the Clerk of the United States District Court for the Eastern District of Pennsylvania, and electronically filed with the Clerk of the United States District Court in the Central District of Illinois, Motion to Withdraw Motion for Voluntary Dismissal, which sent notification of such filing to CM/ECF participants for each case, and I mailed copies of same by United States Postal Service regular mail to:

James J Hickey  
Aronberg Goldgehn Davis  
One IBM Plaza, Ste. 3000  
Chicago, IL 60611  

James R. Carter  
Carter Law Offices  
416 Main St.,. Ste. 529  
Peoria, IL 61602  

C. Michael Evert, Jr.  
Evert & Weathersby, LLC  
3405 Piedmont Road NE  
Suite 225  
Atlanta, GA 30305  

Susan Gunty  
Gunty & McCarthy  
150 South Wacker  
Suite 1025  
Chicago, IL 60606  

Mary Ann Hatch  
Herzog Crebs LLP  
5111 W Main St  
Belleville, IL 62226  

Kent L Plotner  
Heyl Royster Voelker  
PO Box 467  
Edwardsville, IL 62025  

Christopher P Larsen  
Heyl Royster Voelker & Allen  
124 S.W. Adams St.  
Suite 600  
Peoria, IL 61602  

Brian S. Ebener  
Hinshaw & Culbertson - Waukegan  
110 North West Street  
Waukegan, IL 60085  

James P Fieweger  
Jenner & Block  
330 N. Wabash  
Chicago, IL 60611  

Robert Spitkovsky  
Johnson & Bell Ltd  
33 W. Monroe St., Ste. 2700  
Chicago, IL 60603  

Bruce W. Lyon  
LaBarge, Campbell et al.  
200 West Jackson Boulevard  
Suite 2050  
Chicago, IL 60606  

William D Serritella  
McQuire Woods LLP  
77 W Wacker Dr.  
Suite 4100  
Chicago, IL 60601  

Robert Riley  
Schiff Hardin LLP  
6600 Sears Tower  
233 S. Wacker Drive  
Chicago, IL 60606  

Edward J McCambridge  
William F Mahoney  
Segal McCambridge  
233 S. Wacker Drive, Ste. 5500  
Chicago, IL 60606

Maja C Eaton
Sidley Austin LLP
One S. Dearborn St
Chicago, IL 60603

Manya A. Pastalan
Williams, Montgomery et al.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606

_____
Arlene J. Kamiński

Subscribed and sworn to before me
this 13 day of September, 2007.

_____
Notary Public

OFFICIAL SEAL
VALERIA F BENITEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/26/10